EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

**South Carolina Human Affairs Commission** _____ and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Benjamin Franklin Harrison** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **946 Old Ebenezer Road, Latta, SC 29565** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Elite Quartz Manufacturing, LLC** | **Unknown** | **(843) 250-0983** |

| Street Address | City, State and ZIP Code |
|---|---|
| **4461 Highway 301 South Latta, SC 29565** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**See attached Affidavit**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/26/2020 — *Benjamin Franklin Harrison*
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

*Alicia K Shelly*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*
10/26/2020

**UNITED STATES OF AMERICA**
**BEFORE THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

| | | |
|---|---|---|
| Benjamin Franklin Harrison, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | **AFFIDAVIT** |
| vs. | ) | |
| | ) | [ADA DISCRIMINATION & RETALIATION] |
| Elite Quartz Manufacturing, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

PERSONALLY APPEARED BEFORE ME, Benjamin Franklin Harrison, who being duly sworn says the following:

1.     I am more than eighteen (18) years of age. I am of sound mind and make this Affidavit based upon my own personal knowledge except as those matters which I believe to be true. The purpose of this Affidavit is to file a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging discrimination based upon my disability and retaliation[1]. I am an individual resident and citizen of Dillon County, South Carolina.

---

[1] The information contained herein and that may be submitted hereafter is strictly confidential and is not to be used for any purpose other than the resolution of the current Charge or disseminated to any person without Claimant's prior written approval. See 42 U.S.C. §§ 2000e-5(b); 2000e 8(e); 29 C.F.R. §§1601.22, 1601.26; 56 Fed. Reg. 10847, and applicable state and local law. In addition, this Charge is based upon Claimant's understanding of the facts and information reviewed thus far. Although there has not been an opportunity for formal discovery, this Charge is submitted for the purpose of aiding the agency in its investigation and facilitating the informal resolution of these matters. This Charge, while believed to be accurate, does not constitute a binding statement of Claimant's legal position, nor is it intended to be used as evidence of any kind in any administrative or court proceeding in connection with Claimant's allegations. Because additional facts likely would be uncovered through discovery or following a full investigation, Claimant in no way waives his right to represent new or additional information at a later date, for substance or clarification and Claimant does not waive, and hereby preserves, any and all substantive and procedural claims and/or defenses that may exist to any further allegations. Claimant requests that any efforts to contact him be directed through his counsel.

2.     Upon information and belief, Elite Quartz Manufacturing, LLC, (hereinafter "Elite Quartz") is a foreign limited liability company organized under Delaware law with its principal place of business in Dillon County, South Carolina.  Elite Quartz operates a 360,000 square foot manufacturing plant based in Latta, South Carolina and seeks to become the largest producer of quartz countertops in North America.

3.     On or about October 30, 2019, Elite Quartz hired me as a Maintenance Technician, with job duties that included assembling and maintaining machines on the production line.

4.     On or about February, 11, 2020, I was working inside the plant when one of the production lines started and I was exposed to strong fumes that smelled like glue and paint, which bothered my breathing and caused me to vomit. I reported these symptoms to my immediate supervisor, Francis "Frank" Sedgwick, who authorized me to leave work for the rest of the day.  I got home and took a shower but my breathing did not improve.  In the evening, I visited the local emergency room at McLeod – Dillon where I was administered and prescribed medications and received instructions for follow-up care with my primary care provider.

5.     On February 14, 2020, I visited my primary provider who excused me from work until February 19, 2020, and I provided this doctor's excuse to Elite Quartz's Human Resources Manager, Gina Calvaruso.

6.     On February 19, 2020, I returned to my primary provider who excused me from work until March 9, 2020, and I provided this doctor's excuse to Elite Quartz's Human Resources Manager, Gina Calvaruso.

7.     On February 27, 2020, I returned to my primary provider who excused me from work until March 12, 2020, and I provided this doctor's excuse to Elite Quartz's Human Resources Manager, Gina Calvaruso.

8.     On March 12, 2020, I returned to my primary provider who, on March 17, 2020, provided me a written recommendation to return to work on March 24, 2020. When I attempted to provide this doctor's note to Gina Calvaruso she instructed me to direct all further doctor's notes, excuses, and correspondence to Elite Quartz's workers' compensation insurance carrier, The Hartford. Therefore, on March 17, 2020, I mailed The Hartford my doctor's note as instructed by Gina Calvaruso.

9.     Upon information and belief, on Thursday, March 19, 2020, Gina Calvaruso mailed me a letter terminating me and stating, in relevant party, ""you have failed to return to work after being out with illness for an extended period of time which results in immediate termination."

10.     On Friday, March 20, 2020 --- having not yet received my termination letter --- I called my co-worker, Arthur "Art" Sprattling" to request that our supervisor, Frank Sedgwick, call me.  When Frank Sedgwick, called me, we discussed my returning to work on Tuesday, March 24, 2020, which was the return date recommended by my doctor.

11.     On March 24, 2020, I reported to work and attempted to sign in but Frank Sedgwick instructed me to go to Gina Calvaruso's office to pick up a N95 mask. When I arrived inside Gina Calvaruso's office, she told me that I had been terminated on March 19, 2020.

12.     Upon information and belief, Elite Quartz is a "covered entity" as defined by 42 U.S.C. § 12111(2) and (5) because it is engaged in an industry affecting commerce who

has fifteen (15) or more employees for each working day in each of twenty (20) or more calendar weeks in the current or preceding calendar year.

13.    Upon information and belief, my medical condition is a "disability" within the meaning of the ADA, 42 U.S.C. § 12102(2), because it is a physical impairment that substantially limits one or more of his major life activities; because he has a record of such impairment; and/or because Defendant regarded him as having such an impairment.

14.    Upon information and belief, I am a "qualified individual with a disability" within the meaning of section 101(8) of the ADA, 42 U.S.C. § 12111(8), because he could, with or without reasonable accommodation, perform all of the essential functions of his position of chief scheduler for Defendant Elite Quartz.

15.    Elite Quartz discriminated against me because of my disability by: (a) failing to accommodate my disability despite request my request;  (b) failing to engage in a good faith discussion or an interactive process with me to determine a suitable accommodation for my disability;  and (c) terminating my employment on or about March 19, 2020.

16.    I believe that reasonable accommodations were available that would have enabled me to return to my position as a full-time Maintenance Technician within a reasonable amount of time without undue hardship on Elite Quartz.

17.    I also believe that I engaged in protected activity under the ADA by requesting that Elite Quartz take reasonable steps to accommodate his disability and that Elite Quartz retaliated against me because I engaged in the protected activity described above including by terminating my employment after I requested a reasonable accommodation and by refusing to engage in a discussion of my continued employment following my request.

FURTHER AFFIANT SAYETH NOT.

SWORN TO ME THIS                           )
                                           )
26 day of October, 2020,                   )
                                           )
                                           )
_Alicia K Shelly_ (L.S.)                   )   _Benjamin Franklin Harrison_
Notary Public for South Carolina               Benjamin Franklin Harrison
My Commission Expires _5/25/2028_